# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CRIMINAL ACTION NO. 5:99-CR-00062-KDB

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **ORDER** |
| **ENRIQUE RAMIREZ,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Supervised Release Violation Petition. (Doc. No. 89).

The Government indicates that it makes the motion at the request of the United States Marshal's Service (USMS) and the United States Probation Office (USPO) for the Western District of North Carolina. The USMS discovered that the "Enrique Ramirez" charged in this case used a stolen identity. The person identified as Enrique Ramirez has been interviewed and fingerprinted on three different occasions and his fingerprints are not a match for the defendant who was charged in this case in 2004. The USMS claims it can do nothing more to locate the defendant in this case. Meanwhile, the outstanding warrant has caused inconvenience and injustice to the true Enrique Ramirez. For the reasons stated in the motion, the Court will grant the Government's motion to dismiss.

**IT IS THEREFORE ORDERED** that:

(1) the Government's Motion to Dismiss the Supervised Release Violation Petition, (Doc. No. 89), is **GRANTED**; and

(2) the 2004 Petition and associated arrest warrant are **DISMISSED.**

**SO ORDERED.**

Signed: June 23, 2020

Kenneth D. Bell
United States District Judge